246 U. S. Decisions on Petitions for Writs of Certiorari.

costs upon the authority of *Chicago Junction Ry. Co.* v. *King*, 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett*, 236 U. S. 668, 673; *Seaboard Air Line Ry.* v. *Koennecke*, 239 U. S. 352, 355; *Great Northern Ry. Co.* v. *Knapp*, 240 U. S. 464, 466; *Baltimore & Ohio R. R. Co.* v. *Whitacre*, 242 U. S. 169. *Mr. Arthur E. Griffin* and *Mr. Thomas B. McMartin* for plaintiff in error. *Mr. Heman H. Field* for defendant in error.

---

## DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI, FROM MARCH 4, 1918, TO MAY 6, 1918.

No. 808. JOSEPH SCHLITZ BREWING COMPANY, PETITIONER, *v.* HOUSTON ICE & BREWING COMPANY ET AL. March 4, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Russell Jackson* for petitioner. No appearance for respondents.

---

No. 831. ERIE RAILROAD COMPANY, PETITIONER, *v.* JOHN R. SHUART ET AL., ETC. March 4, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Thomas Watts* for petitioner. *Mr. Reeves T. Strickland* for respondents.

---

No. 821. MACBETH-EVANS GLASS COMPANY, PETITIONER, *v.* GENERAL ELECTRIC COMPANY. March 4, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph Wilby* and *Mr. Paul Synnestvedt* for petitioner.